Argued and submitted June 11, resubmitted In Banc October 10, affirmed by an equally divided court December 19, 1990

In the Matter of the Adoption of
I.M.,
*a Minor Child,*
*by*
M. and G.,
*Appellants.*
(89C-40063; CA A62907)
802 P2d 101

Katherine Brown, Portland, argued the cause for appellants. With her on the brief were Hoevet, Snyder & Miller, P.C., Katherine Tennyson and Tennyson & Winemiller, Portland.